Philip J. Bonoli, Esq. (State Bar No. 188906)
E-mail: philip.bonoli@leclairryan.com
LeClairRyan, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA 90017-5455
Telephone: (213) 488-0503
Telefax: (213) 624-3755

Attorney for Defendant
INTERNATIONAL BONDED COURIERS, INC.

FILED
CLERK, U.S. DISTRICT COURT
Feb 17, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IBC, INC., a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-06923<br><br>[~~PROPOSED~~] ORDER TO DISMISS CASE<br><br>JS-6 |

PURSUANT TO STIPULATION, **IT IS SO ORDERED** that the above-captioned action is dismissed in its entirety with prejudice.

DATED: February 17, 2015

B _____
Hon. Stephen V. Wilson
Judge of the United States District Court

1
[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE